AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wanger, Oliver W | U.S.D.C. Eastern Dist. Cal. | 05/15/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Senior | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 7801 U.S. Courthouse<br>2500 Tulare Street<br>Fresno, CA 93721 | Reviewing Officer_____ ▶Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Judicial Comittee | USA Taekwondo |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

2007 MAY 16 P 12: 06
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 11/14/96 | George O'Tool, OWW, Paul Aloe & James Publishing, agreement to write manuscript for trial practice book,. 3 1/3% royalty on receipts. Only $1,000 paid. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Fresno County - salary |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   American Mutual Fund | D | Dividend | L | T | | | | | |
| 2.   LaJolla Venture Ltd. ▮ | | None | J | V | Terminated | 12/31 | | | |
| 3.   Central Valley Dev. Co. common stock | A | Rent | J | V | | | | | |
| 4.   Kansas G&E First Mtg. Bond 1/15/06 | A | Interest | K | T | Redemption | 1/17 | K | D | |
| 5.   CNA Financial Corp. Notes 12/18/08 | A | Interest | K | T | | | | | |
| 6.   BankAmerica Corp. Smart Notes 3/4/97 | A | Interest | J | T | | | | | |
| 7.   General Motors Accept. Corp. Smart Note 3/15/07 | B | Interest | K | T | | | | | |
| 8.   Goldman Sachs Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 9.   Citibank Deposit Program | B | Interest | K | T | | | | | |
| 10.  First Eagle Overseas Fund | B | Dividend | K | T | | | | | |
| 11.  Inv. Co. of America | C | Dividend | K | T | | | | | |
| 12.  MFS International New Discovery Fund Class C | C | Dividend | K | T | | | | | |
| 13.  Solomon Bros. Cap. & Income Fund | B | Dividend | J | T | | | | | |
| 14.  Morgan Stanley Notes 5/15/10 | A | Interest | J | T | | | | | |
| 15.  Verizon Pennsylvania 11/13/01 | A | Interest | J | T | | | | | |
| 16.  Goldman Sachs Group 7/15/03 | A | Interest | K | T | | | | | |
| 17.  CIT Group Internotes 4/15/07 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Evergreen Asset Allocation Fund | A | Dividend | J | T | Sell | 6/23 | J | A | |
| 19. Franklin Income Fund | A | Dividend | J | T | | | | | |
| 20. Caterpillar Fin. Services Note 4/15/10 | A | Interest | J | T | | | | | |
| 21. Gen. Elec.Capital Corp. Note 4/15/11 | A | Interest | J | T | | | | | |
| 22. Hartford Life Global Funding 4/15/12 | A | Interest | J | T | | | | | |
| 23. American Gen. Fin. Corp. Note 5/15/09 | A | Interest | J | T | | | | | |
| 24. Merrill Lynch Note 8/15/10 | A | Interest | J | T | | | | | |
| 25. Caterpillar Fin. Serv. Note 6/15/09 | A | Interest | J | T | | | | | |
| 26. CIT Internotes 8/15/07 | A | Interest | J | T | | | | | |
| 27. Capital World Growth & Income Fund | A | Dividend | J | T | | | | | |
| 28. International Lease Fin. Corp. Notes 9/15/07 | A | Interest | J | T | | | | | |
| 29. Daimler Chrysler North Am. Notes 10/15/08 | A | Interest | J | T | | | | | |
| 30. BMW Bank of North Am. 12/12/05 CD | A | Interest | J | T | Matured | 12/12 | J | A | |
| 31. Israel Discount Bank of NY 1/15/05 CD | A | Interest | L | T | Matured | 10/11 | L | A | |
| 32. Euro Bank PR 11/1/05 CD | A | Interest | K | T | Matured | 6/16 | L | A | |
| 33. GMAC Comm. Mtg. Bank 6/16/06 CD | B | Interest | L | T | Matured | 6/16 | L | B | |
| 34. Genentech Ins. | | None | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000

3. Value Method Codes: (See Column C2)
P3 =$25,000,001 - $50,000,000
R =Cost (Real Estate Only)
P4 =More than $50,000,000
T =Cash Market
Q =Appraisal
V =Other
S =Assessment
U =Book Value
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Microsoft Corp. | | None | J | T | Sell | 12/16 | J | A | |
| 36.  Washington Mut. Bank 1/26/07 CD | A | Interest | K | T | Buy | 4/20 | K | | |
| 37.  U.S. Bank N.A. - OK 2/22/07 CD | A | Interest | L | T | Buy | 2/15 | L | | |
| 38.  Compass Bank - AP 2/28/07 CD | A | Interest | J | T | Buy | 10/29 | J | | |
| 39.  Bank Hapoalin B.M.-N.A. 3/22/07 CD | A | Interest | K | T | Buy | 9/14 | K | | |
| 40.  Washington Mutual Bank - NV 4/11/07 CD | A | Interest | K | T | Buy | 10/04 | K | | |
| 41.  Western Bank P.R. 6/6/07 CD | A | Interest | K | T | Buy | 11/28 | K | | |
| 42.  Strong Faith - Horse ■ | E | winngs | K | T | Buy/Sell | 1/11 1/26 | K | D | |
| 43.  Miss Ranier - Horse ■ | E | winngs | K | T | Buy | 3/12 | K | | |
| 44.  Draw Off - Horse ■ | C | winngs | J | T | Buy/Sell | 2/11 6/3 | J | A | |
| 45.  Luke's Finest - Horse ■ | C | winngs | K | T | Buy | 6/6 | K | | |
| 46.  BP PLC common stock ■ | A | Dividend | J | T | Buy/Sell | 7/7 12/7 | J | B | |
| 47.  Chesapeake Energy Corp. common stock ■ | A | Dividend | J | T | Buy/Sell | 9/26 9/3 | J | | |
| 48.  Churchill Downs common stock ■ | A | Dividend | J | T | Buy/Sell | 3/3 9/3 | J | A | |
| 49.  Exxon Mobile Corp. common stock ■ | A | Dividend | J | T | Buy/Sell | 7/17 12/15 | J | A | |
| 50.  GTE Global Corp. common stock ■ | | None | | | Buy/Sell | 2/2 7/2 | J | A | |
| 51.  Genentech Inc. common stock ■ | | None | J | T | Buy/Sell | 1/18 12/4 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Gilead Sciences, Inc. common stock ■ | | None | J | T | Buy | 10/3 | J | | |
| 53. Microsoft common stock ■ | | None | J | T | Buy/Sell | 1/9 1/18 | J | A | |
| 54. PepsiCo., Inc. common stock ■ | A | Dividend | J | T | Buy/Sell | 1/27 8/21 | J | A | |
| 55. Starbucks Corp. common stock ■ | | None | J | T | Buy/Sell | 3/3 4/4 | J | A | |
| 56. Stemcells, Inc. common stock ■ | | None | J | T | Buy/Sell | 1/10 1/18 | J | A | |
| 57. Surmuna Intl. Neutraceuticals, Inc. common stock ■ | | None | J | T | Buy | 3/14 | J | | |
| 58. Whole Foods Market, Inc. common stock ■ | A | Dividend | J | T | Buy/Sell | 7/3 10/3 | J | A | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wanger, Oliver W | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date  5-15-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544